**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-2082

ELIZABETH FEDYNICH; NICOLE FEDYNICH,

Plaintiffs - Appellants,

v.

BOULDER HOUSING PARTNERS; JEREMY DURHAM, Executive Director of Boulder Housing Partners; KAREN KREUTZBURG, Boulder Housing Partners; MARINA ARRITOLA, Boulder Housing Partners; HUD RICHMOND FIELD OFFICE; CARRIE SCHMIDT, HUD; ROBERT DAVENPORT, HUD; WILMA HENRY, Portfolio Management Specialist, HUD; VHDA; ANTON SHAW, HCVP Director, VHDA; PATRICE FREEMAN, Program Compliance Manager, VHDA; JAN SLOAN, Senior Program Compliance Officer, VHDA; CENTRAL VIRGINIA HOUSING COALITION; BARBARA WOODALL, HCVP Housing Agent, CVHC; EDWARD CROOK, Program Management Specialist, HUD; LYNCHBURG REDEVELOPMENT HOUSING AUTHORITY; DAWN FAGAN, Executive Director, LRHA; CHANDRA HYACINTH, Compliance Manager, LRHA; JANICE PAYNE-HUBBARD, Housing Administrative Assistant, LRHA; OMAR LLAMAS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David J. Novak, District Judge. (3:20-cv-00165-DJN)

Submitted: November 1, 2022                    Decided: February 8, 2023

Before DIAZ and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

—————————

Elizabeth Fedynich, Nicole Fedynich, Appellants Pro Se.  Elizabeth Wu, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia; David Vanderbilt Heisterkamp, II, WAGENLANDER & HEISTERKAMP, Denver, Colorado; Summer Speight, MCGUIREWOODS, LLP, Richmond, Virginia; Jeremy David Capps, HARMAN CLAYTOR CORRIGAN & WELLMAN, Glen Allen, Virginia; Monica Taylor Monday, Roanoke, Virginia, Amanda M. Morgan, GENTRY LOCKE, Lynchburg, Virginia, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elizabeth and Nicole Fedynich ("Appellants") appeal the district court's order granting Defendants' motions to dismiss Appellants' amended complaint alleging violations of the Fair Housing Act, 42 U.S.C. §§ 3601 to 3619, the Rehabilitation Act of 1973, 29 U.S.C. §§ 701 to 7961, the Americans with Disabilities Act, 42 U.S.C. §§ 12101 to 12213, and their right to due process. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Fedynich v. Boulder Hous. Partners*, No. 3:20-cv-00165-DJN (E.D. Va. Sept. 8, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*